**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAMON DUPREE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES, LLC; DOE EMPLOYEES I through XXX, inclusive; and DOE MAINTENANCE/CUSTODIAL COMPANIES I through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00316-JCM-VCF |

**STIPULATION AND ORDER TO DISMISS DEFENDANT, 99 CENTS ONLY STORES, LLC., WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC., and Plaintiff, DAMON DUPREE MILLER, by and through RAMZY P. LADAH, ESQ., and JOSEPH C. CHU, ESQ., of LADAH LAW FIRM as follows:

*Damon Dupree Miller v 99 Cents Only Stores, LLC.*
*Case No. 2:21-cv-00316-JCM-VCF*

That Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 3rd day of August, 2022.                    DATED this 3rd day of August, 2022.

BRANDON | SMERBER LAW FIRM                     LADAH LAW FIRM

/s/ *Lew Brandon, Jr. Esq.*                                          /s/ *Joseph C. Chu, Esq.*

**LEW BRANDON, JR., ESQ.**                                **RAMZY P. LADAH, ESQ.**
Nevada Bar No. 5880                                                Nevada Bar No. 11405
**ANDREW GUZIK, ESQ.**                                    **JOSEPH C. CHU, ESQ.**
Nevada Bar No. 12758                                              Nevada Bar No. 11082
**HOMERO GONZALEZ, ESQ.**                          517 S. Third Street
Nevada Bar No. 15231                                              Las Vegas, Nevada 89101
**BRANDON | SMERBER LAW FIRM**              (702) 252-0055
139 E. Warm Springs Road                                      (702) 248-0055 / Facsimile
Las Vegas, Nevada 89119                                        *litigation@ladahlaw.com*
(702) 380-0007                                                           *Attorneys for Plaintiff,*
(702) 380-2964 – *facsimile*                                    *DAMON DUPREE MILLER*
l.brandon@bsnv.law
a.guzik@bsnv.law
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC.*

///

///

///

///

///

///

///

///

*Damon Dupree Miller v 99 Cents Only Stores, LLC.*
*Case No. 2:21-cv-00316-JCM-VCF*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED August 8, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC.*

# Maybelline Valle

| | |
|---|---|
| **From:** | Joseph C. Chu <Joseph@ladahlaw.com> |
| **Sent:** | Tuesday, August 2, 2022 8:45 AM |
| **To:** | Maybelline Valle |
| **Cc:** | Lewis Brandon; Andrew Guzik; Homero Gonzalez; April Rufus |
| **Subject:** | RE: 99 CENTS ONLY STORES, LLC. ADV. DAMON DUPREE MILLER / CASE NO.: 2:21-cv-00316 -JCM-VCF / CLAIM NO.: 189263710 / RE: SETTLEMENT CHECK |

Hi Maybelline,

I see the court just issued a minute order about this stip; sorry I haven't gotten this back to you. I'll sign and return to your office immediately so we can get this on file within the seven day deadline imposed by the court.

If e-signatures are acceptable, feel free to affix mine and submit. But I'll plan on signing and sending the original to your office unless you tell me otherwise.

Thanks,

Joe

**Joseph C. Chu, Esq. ■ Attorney at Law**



Ladah Law Building ■ 517 South Third Street ■ Las Vegas, Nevada 89101
702.252.0055 (p) ■ 702.461.5771 (m) ■ 702.248.0055 (f) ■ www.ladahlaw.com

The information in this e-mail is ATTORNEY PRIVILEGED AND CONFIDENTIAL, intended solely for use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Maybelline Valle <M.Valle@bsnv.law>
**Sent:** Thursday, July 21, 2022 3:26 PM
**To:** Litigation <Litigation@ladahlaw.com>
**Cc:** Lewis Brandon <l.brandon@bsnv.law>; Andrew Guzik <a.guzik@bsnv.law>; Homero Gonzalez <H.Gonzalez@bsnv.law>; April Rufus <a.rufus@bsnv.law>
**Subject:** 99 CENTS ONLY STORES, LLC. ADV. DAMON DUPREE MILLER / CASE NO.: 2:21-cv-00316 -JCM-VCF / CLAIM NO.: 189263710 / RE: SETTLEMENT CHECK

Counsel,

Please be advised that we have received a settlement check with regards to this matter. Please kindly advise as to when you would like to send your runner to exchange the settlement check for the original settlement documents. I have attached a copy of the Stipulation and Order for Dismissal With Prejudice, if no changes are needed, please sign, date and return the document with an **original signature** to our office with the runner.

**Please note, I work M-F, 8am to 5pm and take my lunch from 12pm to 1pm. Please do not send your runner at that time).** Thank you.

Best Regards,

*Maybelline Valle*, Legal Assistant to
Lew Brandon, Jr. Esq.
Andrew Guzik, Esq.
Homero Gonzalez, Esq.
David Spurlock Jr., Esq.
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Rd.
Las Vegas, NV 89119
Tel: 702-380-0007
Fax: 702-380-2964

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brandon | Smerber Law Firm at (702) 380-0007 and permanently delete the communication immediately without making any copy or distribution.